**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 08-6693**

—————————

JEFFREY M. YOUNG-BEY,

　　　　　　Petitioner - Appellant,

　　　v.

JOHN ROWLEY, Warden; STATE OF MARYLAND; ATTORNEY GENERAL OF MARYLAND,

　　　　　　Respondents - Appellees.

—————————

Appeal from the United States District Court for the District of Maryland, at Baltimore.　J. Frederick Motz, District Judge. (1:07-cv-01137-JFM)

—————————

Submitted: November 13, 2008　　Decided: November 19, 2008

—————————

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Jeffrey M. Young-Bey, Appellant Pro Se. Gary E. O'Connor, Edward John Kelley, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey M. Young-Bey seeks to appeal the district court's order dismissing as untimely his 28 U.S.C. § 2254 (2000) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Young-Bey has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2